| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William E. Winfield 122055<br>300 East Esplanade Dr.<br>Suite 1170<br>Oxnard, CA 93036<br>8056044106 Fax: 8056044150<br>122055 CA<br>wwinfield@calattys.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Alfonso Serrato Cortez<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: June 25, 2019            Alfonso Serrato Cortez                    _/s/ signature_
                               Printed name of Debtor 1                   Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                          F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 1002-1.EMP.INCOME.DEC

VC Home Improvement Builder Inc
2673 Honeysuckle Dr
CA 93036-6209

Alfonso Cortez
541 Sherwood Way
Oxnard, CA 93033

Direct Deposit

| Employee Pay Stub | | Check number: DD1001 | | | Pay Period: 04/22/2019 - 05/05/2019 | Pay Date: 05/13/2019 |
|---|---|---|---|---|---|---|

**Employee**

Alfonso Cortez, 541 Sherwood Way, Oxnard, CA 93033

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 1,200.00 | 1,200.00 | Checking - ********6073 | 996.60 |
| **Taxes** | | | Current | YTD Amount | Memo | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -75.00 | -75.00 | | |
| Social Security Employee | | | -74.40 | -74.40 | | |
| Medicare Employee | | | -17.40 | -17.40 | | |
| CA - Withholding | | | -24.60 | -24.60 | | |
| CA - Disability | | | -12.00 | -12.00 | | |
| | | | -203.40 | -203.40 | | |
| **Net Pay** | | | 996.60 | 996.60 | | |

VC Home Improvement Builder Inc, 2673 Honeysuckle Dr, CA 93036-6209                               Powered by **Intuit Payroll**

VC Home Improvement Builder Inc
2673 Honeysuckle Dr
CA 93036-6209

Alfonso Cortez
541 Sherwood Way
Oxnard, CA 93033

Direct Deposit

| **Employee Pay Stub** | Check number: DD1003 | | | | Pay Period: 05/06/2019 - 05/19/2019 | Pay Date: 05/24/2019 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **Status (Fed/State)** | **Allowances/Extra** |
| Alfonso Cortez, 541 Sherwood Way, Oxnard, CA 93033 | | | | | Married/Married (two incomes) | Fed-0/0/CA-0 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | Amount |
|---|---|---|---|---|---|---|
| Salary | | | 1,200.00 | 2,400.00 | Checking - ********6073 | 996.60 |
| **Taxes** | | | Current | YTD Amount | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | -75.00 | -150.00 | | |
| Social Security Employee | | | -74.40 | -148.80 | | |
| Medicare Employee | | | -17.40 | -34.80 | | |
| CA - Withholding | | | -24.60 | -49.20 | | |
| CA - Disability | | | -12.00 | -24.00 | | |
| | | | -203.40 | -406.80 | | |
| **Net Pay** | | | 996.60 | 1,993.20 | | |

VC Home Improvement Builder Inc, 2673 Honeysuckle Dr, CA 93036-6209              Powered by **Intuit Payroll**