United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 19-11101-MB
Alfonso Serrato Cortez                                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: jmcnabbC          Page 1 of 2          Date Rcvd: Jun 25, 2019
                             Form ID: 309A           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db            +Alfonso Serrato Cortez,   2673 Honeysuckle Dr.,    Oxnard, CA 93036-6209
smg           +County Assessor,   County Government Center, Room 100,    San Luis Obispo, CA 93408-0001
39637739      +A.G. Adjustments, Ltd.,   P.O. Box 9090,    Melville, NY 11747-9090
39637740      +A.G. Adjustments, Ltd..,   740 Walt Whitman Rd.,    Melville, NY 11747-2212
39637742      +Bucho Hernandez,   4251 Justin Way,    Oxnard, CA 93033-7153
39637744      +Creditor's Adjustment Bureau,   P.O. Box 5932,    Sherman Oaks, CA 91413-5932
39637745      +Edward Castro Sr.,   79 Avocado Place,    Camarillo, CA 93010-8468
39637747      +Fast and Easy Funds,   Funding Circle,    P.O. Box 1719,    Portland, OR 97207-1719
39637749       Headway Capital, LLC,   Attn: Bankruptcy Notice,    175 W. Jackson Blvd., Suite 1000,
               Chicago, IL 60604-2863
39637750       Home Depot,   Dept. 32-2140160023,    P.O. Box 9001030,    Louisville, KY 40290-1030
39637752      +Isaac Cortez,   1905 N. 7th Place,    Port Hueneme, CA 93041-2323
39637753      +Jesus Castro,   3030 Taffrail Ln.,    Oxnard, CA 93035-1614
39637755      +Kia Motors Finance,   4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
39637756      +Nadine Cortez,   2673 Honeysuckle Dr.,    Oxnard, CA 93036-6209
39637757      +Pro Solutions,   2340 Miramonte Dr.,    Oxnard, CA 93036-2536
39637758      +Rushmore Loan Mgmt. Services, LLC,    P.O. Box 55004,    Irvine, CA 92619-5004
39637759      +Rushmore Loan Mortgage Servicer,    P.O. Box 52708,    Irvine, CA 92619-2708
39637760       Rushmore Loan Mortgage Servicer,   15400 Laguna Canyon Rd.,    Irvine, CA 92618
39637762       Shell Small Business,   Wex Bank,    P.O. Box 6293,    Carol Stream, IL 60197-6293
39637763      +Sophisticated Concepts,   Developer, Inc.,    2673 Honeysuckle Dr.,    Oxnard, CA 93036-6209
39637764       State Compensation Insurance Fund,    P.O. Box 7441,    San Francisco, CA 94120-7441
39637765      +The Business Backer,   10856 Reed Hartman Hwy., Suite 100,    Cincinnati, OH 45242-2820
39637766      +Ventura County Treasurer and,   Tax Collector,    800 S. Victoria Ave.,   Ventura, CA 93009-1290
39637770       Wells Fargo Business Card,   Payment Remittance Center,    P.O. Box 77033,
               Minneapolis, MN 55480-7733
39637772      +Wells Fargo Merchant Services,   1600 Terrell Mill Rd., SE Suite 400,    Marietta, GA 30067-8307
39637773      +Wesco Insurance Company,   P.O. Box 89453,    Cleveland, OH 44101-6453
39637774      +Zieve, Brodnax & Steele, LLP,   30 Corporate Park, Suite 450,    Irvine, CA 92606-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: wwinfield@calattys.com Jun 26 2019 04:00:11    William E. Winfield,
               Nelson Comis Kettle & Kinney LLP,    300 Esplanade Dr.,   Suite 1170,   Oxnard, CA  93036
tr            +E-mail/Text: jnamba@iq7technology.com Jun 26 2019 04:02:16    Jerry Namba (TR),
               504 East Chapel Street,   Santa Maria, CA 93454-4520
smg           +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jun 26 2019 04:01:12    County Tax Collector,
               P.O. Box 357,   Santa Barbara, CA 93102-0357
39637741      +EDI: GMACFS.COM Jun 26 2019 07:48:00    Ally Finance, Inc.,    P.O. Box 380901,
               Minneapolis, MN 55438-0901
39637743       EDI: CALTAXFEE Jun 26 2019 07:48:00    California Dept. of Taxes and Fees,
               Account Information Group,   MIC: 29,   P.O. Box 942879,   Sacramento, CA 94279-0029
39637746       EDI: EDD.COM Jun 26 2019 07:48:00    Employment Development Department,
               Bankruptcy Group MIC 92E,   P. O. Box 826880,   Sacramento, CA 94280-0001
39637748       EDI: CALTAX.COM Jun 26 2019 07:48:00    Franchise Tax Board,   Bankruptcy Section, MS: A-340,
               P.O. Box 2952,   Sacramento, CA 95812-2952
39637751       EDI: IRS.COM Jun 26 2019 07:48:00    Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
39637754      +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Jun 26 2019 04:02:10    Kabbage,
               P.O. Box 77081,   Atlanta, GA 30357-1081
39637761       E-mail/Text: jennifer.chacon@spservicing.com Jun 26 2019 04:02:20
               Select Portfolio Servicing,   P.O. Box 65450,   Salt Lake City, UT 84165-0450
39637767       EDI: VERIZONCOMB.COM Jun 26 2019 07:48:00    Verizon,   P.O. Box 660108,
               Dallas, TX 75266-0108
39637768       EDI: WFFC.COM Jun 26 2019 07:48:00    Wells Fargo,   P.O. Box 10347,
               Des Moines, IA 50306-0347
39637769      +EDI: WFFC.COM Jun 26 2019 07:48:00    Wells Fargo,   Summons and Subpoenas Department,
               P.O. Box 29728 S4001-01F,   Phoenix, AZ 85038-9728
39637771      +EDI: WFFC.COM Jun 26 2019 07:48:00    Wells Fargo Merchant Services,   P.O. Box 17548,
               Denver, CO 80217-0548
                                                                                        TOTAL: 14


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Employment Development Dept.,   Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA  94280-0001
smg*           Franchise Tax Board,   Bankruptcy Section MS: A-340,    P.O. Box 2952,
               Sacramento, CA  95812-2952
                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-9          User: jmcnabbC          Page 2 of 2          Date Rcvd: Jun 25, 2019
                              Form ID: 309A           Total Noticed: 41
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
          Jerry  Namba (TR)    jnambaepiq@earthlink.net,  jnamba@ecf.epiqsystems.com;jnamba@iq7technology.com
          United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
          William E. Winfield   on behalf of Debtor Alfonso Serrato Cortez wwinfield@calattys.com,
           scuevas@calattys.com
                                                                            TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alfonso Serrato Cortez** | Social Security number or ITIN  **xxx–xx–8282** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Central District of California** | | Date case filed for chapter  **7   6/25/19** |
| Case number:   **9:19–bk–11101-MB** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alfonso Serrato Cortez | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2673 Honeysuckle Dr. Oxnard, CA 93036 | | |
| 4. | **Debtor's attorney** Name and address | William E. Winfield Nelson Comis Kettle & Kinney LLP 300 Esplanade Dr. Suite 1170 Oxnard, CA 93036 | | Contact phone 805–604–4106 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Jerry Namba (TR) 504 East Chapel Street Santa Maria, CA 93454 | | Contact phone (805) 922–2575 Email _____ |

/

**For more information, see pages 2 and 3 >**

Debtor  **Alfonso Serrato Cortez**                                                           Case number **9:19–bk–11101–MB**

---

| 6. | **Bankruptcy clerk's office** | 1415 State Street, | Hours Open:  9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Santa Barbara, CA 93101–2511 | Contact phone 855–460–9641<br><br>Dated: 6/25/19 |

---

| 7. | **Meeting of creditors** | **July 29, 2019 at 10:00 AM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | **1415 State Street, Room 148, Santa Barbara, CA 93101** |

---

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

---

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 9/27/19** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

---

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

---

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

**For more information, see pages 1 and 3 >**

Debtor **Alfonso Serrato Cortez**                                                          Case number **9:19‑bk‑11101‑MB**

| | |
|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuation, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir del 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see pages 1 and 2 >**