FormCACB (hrgreaf – van190)
(Rev. 04/2018)

# United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

| | |
|---|---|
| **DEBTOR(S) INFORMATION:** | **BANKRUPTCY NO.** 9:19–bk–11101–MB |
| Alfonso Serrato Cortez | **CHAPTER** 7 |

**SSN:** xxx–xx–8282
**EIN:** N/A

2673 Honeysuckle Dr.
Oxnard, CA 93036

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor HYUNDAI CAPITAL AMERICA was filed in the above case on 07/24/2019 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

| | |
|---|---|
| **Date:** | **August 14, 2019** |
| **Time:** | **11:30 AM** |
| **Hearing Judge:** | **Deborah J. Saltzman** |
| **Location:** | **1415 State St., Crtrm 201, Santa Barbara, CA 93101** |

You must attend the hearing. Your attorney may attend but is not required to attend.

Prior to your hearing, reaffirmation counseling will be provided by the Law Student Bankruptcy Assistance Program under the supervision of licensed attorneys, one hour prior to the scheduled hearing outside of Courtroom 201. This counseling is mandatory unless you are represented by an attorney, and your attorney has fully counseled you regarding your reaffirmation agreement.

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

Dated: July 24, 2019

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190 Rev. 04/2018))

**10 – 9 / BHG**