United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 19-11101-MB
Alfonso Serrato Cortez                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: bhandyC              Page 1 of 1              Date Rcvd: Jul 24, 2019
                              Form ID: van190            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             +Alfonso Serrato Cortez,    2673 Honeysuckle Dr.,    Oxnard, CA 93036-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Angela C Williams    on behalf of Creditor    KIA Motors Finance Company acwilliams@hcamerica.com,
               acwilliams@hcamerica.com
              Christopher Cramer    on behalf of Creditor    Courtesy NEF secured@becket-lee.com
              Jerry Namba (TR)    jnambaepiq@earthlink.net,    jnamba@ecf.epiqsystems.com;jnamba@iq7technology.com
              Lee S Raphael    on behalf of Interested Party    Courtesy NEF ecfcca@ecf.courtdrive.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
              William E. Winfield    on behalf of Debtor Alfonso Serrato Cortez wwinfield@calattys.com,
               scuevas@calattys.com
                                                                                             TOTAL: 6

FormCACB (hrgreaf – van190)
(Rev. 04/2018)

# United States Bankruptcy Court
## Central District of California

1415 State Street, Santa Barbara, CA 93101–2511

# NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**
Alfonso Serrato Cortez

**BANKRUPTCY NO.** 9:19–bk–11101–MB
**CHAPTER** 7

**SSN:** xxx–xx–8282
**EIN:** N/A

2673 Honeysuckle Dr.
Oxnard, CA 93036

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above–named Debtor(s) and creditor HYUNDAI CAPITAL AMERICA was filed in the above case on 07/24/2019 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

**Date:** August 14, 2019
**Time:** 11:30 AM
**Hearing Judge:** Deborah J. Saltzman
**Location:** 1415 State St., Crtrm 201, Santa Barbara, CA 93101

You must attend the hearing. Your attorney may attend but is not required to attend.

Prior to your hearing, reaffirmation counseling will be provided by the Law Student Bankruptcy Assistance Program under the supervision of licensed attorneys, one hour prior to the scheduled hearing outside of Courtroom 201. This counseling is mandatory unless you are represented by an attorney, and your attorney has fully counseled you regarding your reaffirmation agreement.

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

Dated: July 24, 2019

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgreaf – van190 Rev. 04/2018))

**10 – 9 / BHG**